UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN DWAYNE DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>KEN CLARK, et al.,<br><br>    Defendants. | No. 1:25-cv-00229-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 8) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 26, 2025, the Court screened Plaintiff complaint, found no cognizable claims, and granted Plaintiff the opportunity to amend the complaint. (ECF No. 8.) Plaintiff has not filed an amended complaint or otherwise communicated with the Court and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to state a cognizable claim, failure to prosecute, and failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:  **May 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1